J.J. Hutson, Esq.
LAW OFFICE OF WILLIAM J. O'BRIEN
999 Third Avenue, Suite 805
Seattle, Washington 98104
Telephone: 206-515-4800
Facsimile: 206-515-4848

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RAYMOND N. ARBOGAST and LORRAINE (GUSTAFSON) ARBOGAST, <br><br> Plaintiffs, <br><br> vs. <br><br> DENCHEL'S INC., d/b/a TOM DENCHEL'S FORD COUNTRY, <br><br> TOM DENCHEL and JANE DOE DENCHEL, <br> and, <br><br> UNIVERSAL UNDERWRITERS INSURANCE COMPANY, a foreign corporation, <br><br> Defendants. | NO.   CV-06-250-AAM <br><br> STIPULATION FOR AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE |

## **STIPULATION**

COME NOW, the above-named parties, by and through their respective attorneys of record, and stipulate and agree that all claims in the above-captioned action have been settled and that all claims this action should be dismissed with prejudice, and without an award of costs or attorney fees to any party.

//

STIPULATION FOR AND ORDER OF DISMISSAL
OF ALL CLAIMS WITH PREJUDICE - 1

LAW OFFICE OF WILLIAM J. O'BRIEN
999 Third Avenue, Suite 805
Seattle, WA  98104
Telephone:  (206) 515-4800/ Fax: (206)515-4848

DATED this 2nd day of November, 2006.

| | |
|---|---|
| S. KYLE TREECE, P.S. | LAW OFFICE OF WILLIAM J. O'BRIEN |
| By: __s/ S. Kyle Treece_____<br>S. Kyle Treece, WSBA # 36646<br>, WSBA No. 16328<br>Attorneys for Plaintiffs<br>Raymond and Lorraine Arbogast | By: __s/ J.J. Hutson_____<br>J.J. Hutson, WSBA No. 16328<br>Attorneys for Defendants Denchel's Inc.,<br>Tom Denchel and Jane Doe Denchel, and<br>Universal Underwriters Insurance Company |
| S. Kyle Treece, P.S.<br>1511 S. Walnut St.<br>Spokane, Washington 98203<br>Telephone: (509) 710-4770<br>kyletreece@msn.com | Law Offices of William J. O'Brien<br>999 Third Avenue, Suite 805<br>Seattle, Washington 98104<br>Telephone: 206-515-4847<br>Facsimile: 206-515-4848<br>j.j.hutson@zurichna.com |

### ORDER

THIS MATTER, having come on for consideration by the undersigned judge of the above-entitled court on the joint stipulation of the parties that all claims in this action have been settled and that all claims in this action should therefore be dismissed with prejudice, and the Court deeming itself fully advised, it is now hereby,

ORDERED that all claims asserted in the above-captioned action are hereby DISMISSED with prejudice and without an award of costs or attorney fees to any party.

DATED this 16th day of November, 2006.

_s/ Alan A. McDonald_____
Hon. Alan A. McDonald
United States District Court Judge

STIPULATION FOR AND ORDER OF DISMISSAL
OF ALL CLAIMS WITH PREJUDICE - 2

LAW OFFICE OF WILLIAM J. O'BRIEN
999 Third Avenue, Suite 805
Seattle, WA 98104
Telephone: (206) 515-4800/ Fax: (206)515-4848

**Presented by:**

LAW OFFICE OF WILLIAM J. O'BRIEN

By: ___s/ J.J. Hutson_____
      J.J. Hutson, WSBA No. 16328
Attorneys for Defendants Denchel's Inc., Tom Denchel and Jane Doe Denchel, and Universal Underwriters Insurance Company

Law Offices of William J. O'Brien
999 Third Avenue, Suite 805
Seattle, Washington 98104
Telephone: 206-515-4847
Facsimile: 206-515-4848
*j.j.hutson@zurichna.com*

**Approved as to form; copy received; notice of presentation waived:**

S. KYLE TREECE, P.S.

By: ___s/ S. Kyle Treece_____
      S. Kyle Treece, WSBA # 36646
Attorneys for Plaintiffs
Raymond and Lorraine Arbogast

S. Kyle Treece, P.S.
1511 S. Walnut St.
Spokane, Washington 98203
Telephone: (509) 710-4770

*kyletreece@msn.com*

STIPULATION FOR AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE - 3

LAW OFFICE OF WILLIAM J. O'BRIEN
999 Third Avenue, Suite 805
Seattle, WA 98104
Telephone: (206) 515-4800/ Fax: (206)515-4848